JOSHUA HENDRICKS, Respondent, *v*. AMOS MORRILL *et al.*, Appellants.

*Supreme Court, First Department, General Term, July 9, 1889.*

*Injunction. Attaching creditors.*—Where attaching creditors make out a *prima facie* case, an order impounding the proceeds of an execution sale of the attached property, until the questions arising between the execution and attaching creditors are settled on a regular trial, is proper.

Appeal from an order continuing an injunction.

*J. B. Mullaly*, for appellants.

*A. Kling*, for respondent.

PER CURIAM.—The order merely impounds the proceeds of the execution sale until the questions arising between the execution and attaching creditors have been settled on a regular trial.

The plaintiffs here, the attaching creditors, have certainly made out a *prima facie* case sufficient to justify the retention of such proceeds *pendente lite*.

Without passing upon the merits in any way, we think, under these circumstances, that the proceeds should be held to await the final determination of the action. The facts bring the case within the principle of Kingsley *v.* First National Bank of Bath (31 Hun, 329), and the injunction *pendente lite* is supported by Keller *v.* Payne (16 N. Y. State Rep. 245), and cases there cited.

The order should be affirmed, with ten dollars costs and disbursements.